IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT HARVEY FULLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. |
| v. ) | 2:17-cv-96-ECM-SMD |
| ) | |
| KOCH FOODS, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Pending before the Court is a Motion for Protective Order Regarding Privileged Documents (Doc. 209) filed by Defendants David Birchfield and Melissa McDickinson. For good cause, it is

ORDERED that, on or before April 4, 2019, Plaintiff shall show cause, if any there be, why the motion should not be granted.

DONE this 21st day of March, 2019.

/s/ Stephen M. Doyle
UNITED STATES MAGISTRATE JUDGE