# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **ROBERT HARVEY FULLER,** ) | |
| ) | |
| **Plaintiff**, ) | |
| ) | |
| v. ) | |
| ) | **Civil Action No.** |
| ) | **2:17-cv-00096-ALB-SMD** |
| **KOCH FOODS OF ALABAMA,** ) | |
| **LLC; and** ) | |
| **MELISSA MCDICKINSON** ) | |
| ) | |
| **Defendants**. ) | |

## DEFENDANTS' JOINT AMENDED WITNESS LIST FOR TRIAL

Defendants, Koch Foods of Alabama, LLC and Melissa McDickinson, (collectively "Defendants"), hereby submit the following amended joint list of witnesses for trial in the above-referenced matter. Defendants inadvertently omitted Hewitt Marshall from their initial "may call" list:

**A.    Witnesses Defendants Expect to Present:**

1. Harvey Fuller
   c/o Heather Newsom Leonard
   Heather Leonard, PC
   2105 Devereux Circle; Suite 111
   Birmingham, AL 35243
   (205) 977-5421

2. David Birchfield
   c/o Marion F. Walker
   Fisher Phillips

        2323 2nd Avenue North
        Birmingham, AL 35203
        (205) 327-8354 Telephone
        (205) 718-7607 Facsimile

3.    Melissa McDickinson

        c/o Marion F. Walker
        Fisher Phillips
        2323 2nd Avenue North
        Birmingham, AL 35203
        (205) 327-8354 Telephone
        (205) 718-7607 Facsimile

4.    Bobby Elrod

        c/o Rachel V. Barlotta
        Wells Fargo Tower
        420 North 20th Street, Suite 1600
        Birmingham, AL  35203
        (205) 328-0480

5.    Laura Cortes

6.    Kathie Denton

        c/o Heather Newsom Leonard
        Heather Leonard, PC
        2105 Devereux Circle; Suite 111
        Birmingham, AL 35243
        (205) 977-5421

7.    Rebecca Milam

8.    Heather Bowen

9.    Shawn Collins

10.   Jeffery Jones

11.   Elvin Mitchell

12. Joseph Lacy

13. Tammy Shirley
    c/o Rachel V. Barlotta
    Wells Fargo Tower
    420 North 20th Street, Suite 1600
    Birmingham, AL 35203
    (205) 328-0480

14. April Hawkins

15. Summer Smith Sandley

16. Andy Mozingo
    Global Computer Forensic Investigations, LLC
    86 Bellepointe Circle
    Post Office Box 1482
    Purvis, MS 39475-1482
    (601) 450-4234

17. Francisco Santos
    Mr. Santos is deceased but will be presented by deposition.

18. Any witness needed to authenticate records.

19. Any witness listed by Plaintiff and not objected to by Defendants.

20. Any witness needed for rebuttal or impeachment.

B. **Witnesses Defendants May Call If Need Arises:**

1. Christina Shirley

2. Randy Davenport

3. Stewart Ward
   c/o Rachel V. Barlotta
   Wells Fargo Tower

        420 North 20th Street, Suite 1600
        Birmingham, AL 35203
        (205) 328-0480

4.   Dennis Gordon
       c/o Rachel V. Barlotta
       Wells Fargo Tower
       420 North 20th Street, Suite 1600
       Birmingham, AL 35203
       (205) 328-0480

5.   Clergy or Authorized Representative of Old Elam Missionary Baptist Church

6.   Hewitt Marshall
       c/o Rachel V. Barlotta
       Wells Fargo Tower
       420 North 20th Street, Suite 1600
       Birmingham, AL 35203
       (205) 328-0480

**C. Conditional witnesses Defendants may call depending on Motion in Limine rulings:**

1.   Tonya Lockley
       c/o Rachel V. Barlotta
       Wells Fargo Tower
       420 North 20th Street, Suite 1600
       Birmingham, AL  35203
       (205) 328-0480

2.   Kenneth Earl Berry, Jr.

3.   Betty Stabler

4.   Jeffery Shaw
       c/o Rachel V. Barlotta
       Wells Fargo Tower
       420 North 20th Street, Suite 1600

       Birmingham, AL  35203
       (205) 328-0480

5.    Tony Lasner
       c/o Rachel V. Barlotta
       Wells Fargo Tower
       420 North 20th Street, Suite 1600
       Birmingham, AL  35203
       (205) 328-0480

6.    Bobby Cotton

7.    Ashley Skinner
       c/o Rachel V. Barlotta
       Wells Fargo Tower
       420 North 20th Street, Suite 1600
       Birmingham, AL  35203
       (205) 328-0480

8.    Frank Sheley
       c/o Rachel V. Barlotta
       Wells Fargo Tower
       420 North 20th Street, Suite 1600
       Birmingham, AL  35203
       (205) 328-0480

9.    Sherri Gonzalez

10.   Investigators and other personnel with Alabama Nursing Board
       Peggy Sellers Benson
       Alice Henley
       T. Williamson
       Nate Nunnelley
       Klisha Potts
       H. Kenney
       Gloria Franklin
       Christie Mumford
       Howard Kenney
       770 Washington Ave Ste 250

        Montgomery, AL 36104
        (800) 656-5318

11.    Deborah Powell
        EEOC
        Ridge Park Place
        1130 22nd Street South
        Birmingham, Alabama 35203

12.    William Summerville

13.    Curtis Gray
        c/o George N. Davies
        Quinn, Connor, Weaver, Davies & Rouco LLP
        Two North Twentieth
        2 – 20th Street North
        Suite 930
        Birmingham, AL 35203
        (205) 870-9989 - telephone

14.    Lindsey Johnson

15.    Sabrina Bell

16.    Johngernita Foxhall

17.    Robert M. Callahan
        A to Z Confidential Investigations, Inc.
        P. O. Box 430063
        Birmingham, Alabama 35223
        (205) 870-2000

18.    Tony Lasner
        c/o Rachel V. Barlotta
        Wells Fargo Tower
        420 North 20th Street, Suite 1600
        Birmingham, AL  35203
        (205) 328-0480

Defendants respectfully reserve the right to supplement, amend, and/or revise this witness list at any time prior to trial.

This, the 30th day of August, 2019.

                                             *s/ Rachel V. Barlotta*
                                             RACHEL V. BARLOTTA
                                             SHARONDA C. FANCHER
                                             Attorneys for Defendant
                                             Koch Foods of Alabama, LLC

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
Wells Fargo Tower
420 North 20th Street, Suite 1400
Birmingham, AL  35203
(205)328-0480 Telephone
(205)322-8007 Facsimile

                                             *s/Marion F. Walker*
                                             Marion F. Walker
                                             Corey Goerdt
                                             Counsel for Melissa McDickinson

OF COUNSEL:
Fisher Phillips
2323 2nd Avenue North
Birmingham, AL 35203
mfwalker@fisherphillips.com
O: (205) 327-8354
F: (205) 718-7607

## CERTIFICATE OF SERVICE

     I hereby certify that on this, the 30th day of August, 2019, this document was served on counsel of record listed below via email:

     Cynthia Forman Wilkinson
     Wilkinson Law Firm PC

215 N. Richard Arrington Jr. Blvd., Suite 200
Birmingham, AL 35203
205-250-7866
Fax: 205-250-7869
Email: wilkinsonefile@wilkinsonfirm.net

Heather Newsom Leonard
Heather Leonard, PC
2105 Devereux Circle; Suite 111
Birmingham, AL 35243
205-977-5421
Fax: 205-278-1400
Email: heather@heatherleonardpc.com

Alicia Kay Haynes
Kenneth Haynes
Charles Guerrier
Haynes & Haynes, PC
1600 Woodmere Drive
Birmingham, AL 35226
205-879-0377
Fax: 205-879-3572
Email: akhaynes@haynes-haynes.com
Email: ceguerrier@haynes-haynes.com

                         /s/ *Rachel V. Barlotta*
                         Of Counsel