# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **ROBERT HARVEY FULLER,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) Case No.: 2:17-cv-00096-ALB-SMD |
| | ) |
| **KOCH FOODS OF ALABAMA, LLC** and **MELISSA McDICKINSON,** | ) |
| | ) |
| Defendants. | ) |

## JOINT STATUS REPORT

COME NOW the parties and, pursuant to the Court's Order (Doc. 296), jointly submit this status report:

1. The parties mediated and resolved this matter on October 8, 2019.

2. At that time, the parties had not yet executed a final, written agreement relating to the terms and conditions between them but anticipated doing so. The parties informed the Court accordingly and moved the Court to stay all pending deadlines. (Doc. 295).

3. The parties have not yet been able to finalize the agreement but have resolved all but one issue and believe they can finalize the agreement in the next five (5) business days commencing on Monday, December 2nd.

4811-0437-3166v1
2016061-000166 11/27/2019

4.	The parties anticipate they can satisfy the terms of the agreement within the next thirty days at which time they will file a joint stipulation of dismissal.

Wherefore the Parties respectfully request the Court stay all deadlines another thirty (30) days until a Joint Stipulation of Dismissal is filed.

Respectfully submitted November 27th, 2019.

s/ *Rachel V. Barlotta*
Rachel V. Barlotta
Sharonda C. Fancher

Baker, Donelson, Bearman,
Caldwell & Berkowitz, PC
Wells Fargo Tower
420 North 20th Street, Suite 1400
Birmingham, AL  35203
(205)328-0480 Telephone
(205)322-8007 Facsimile

Attorneys for Defendant Koch Foods of Alabama, LLC

s/ *Marion F. Walker*
Marion F. Walker
(*e-signed and filed with permission*)
Fisher Phillips
2323 2nd Avenue North
Birmingham, AL 35203
(205) 327-8354 Telephone

Corey Goerdt (*admitted pro hac vice*)
Ga. Bar No. 437210
1075 Peachtree Street, NE, Suite 3500
Atlanta, Georgia 30309
cgoerdt@fisherphillips.com

Telephone (404) 231-1400
Facsimile (404) 240-4249

Attorneys for Defendant Melissa McDickinson

*s/ Alicia K. Haynes*
(*e-signed and filed with permission*)
Alicia K. Haynes
Charles E. Guerrier
Haynes & Haynes, P.C.
1600 Woodmere Drive
Birmingham, Alabama 35226
(205) 879-0377 (Phone)
(205) 879-3572 (Fax)
akhaynes@haynes-haynes.com

*s/ Heather N. Leonard*
(*e-signed and filed with permission*)
Heather Newsom Leonard
Heather Leonard, P.C.
P.O. Box 43768
Birmingham, Alabama  35243
(205) 977-5421 (Phone
(205) 278-1400 (Fax)
Heather@HeatherLeonardPC.com

*s/ Cynthia F. Wilkinson*
(*e-signed and filed w/ permission*)
Cynthia Forman Wilkinson
Wilkinson Law Firm PC
215 N. Richard Arrington Jr. Blvd., Suite 301
Birmingham, AL 35203
205-250-7866
wilkinsonefile@wilkinsonfirm.net

Attorneys for Plaintiff Harvey Fuller

## **CERTIFICATE OF SERVICE**

      I certify that the foregoing has been served upon counsel of record by the Court's electronic filing system, this November 27, 2019.


                        s/ *Rachel V. Barlotta*
                        Of Counsel

4811-0437-3166v1
2016061-000166 11/27/2019