## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **ROBERT HARVEY FULLER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:17-cv-96-ALB** |
| | ) | |
| **KOCH FOODS OF ALABAMA,** | ) | |
| **LLC** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

The parties have reported to the Court that a settlement has been reached in this matter. (Doc. 297). Accordingly, this action is DISMISSED WITH PREJUDICE. Any party may, for good cause shown, reopen this action within thirty (30) days from the date of this Order. Costs are taxed as paid.

**DONE** and **ORDERED** this 10th day of February 2020.


_____/s/ Andrew L. Brasher_____
ANDREW L. BRASHER
UNITED STATES DISTRICT JUDGE